463 A.2d 57

Commonwealth v. Marcocelli, Appellant.
Petition for Allowance of Appeal
Denied Nov. 21, 1983.

624

Submitted April 5, 1983.   Joseph S. Nescio, for appellant;  Alan Joseph Jarvis, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Affirmed.